OFFICE OF THE ATTORNEY GENERAL
STATE OF ILLINOIS

KWAME RAOUL
ATTORNEY GENERAL

August 11, 2026

Christopher G. Conway
Clerk of the Court
United States Court of Appeals for the Seventh Circuit
219 South Dearborn Street
27th Floor
Chicago, Illinois 60604

Re: Oral Argument in *Ass'n for Accessible Meds. v. Raoul*, No. 25-2960

Dear Mr. Conway:

I am requesting that oral argument not be scheduled in the above-referenced appeal from November 4 through 6, 2026, and November 12 through 17, 2026, because I will be out of the office on those dates for personal reasons. This is in addition to my request not to schedule argument from August 17 through 21, 2026, from September 14 through 18, 2026, or from October 26 through 30, 2026, set forth in my letter submitted on July 10, 2026. *See* 7th Cir. Doc. 35.

Thank you for your consideration.

Regards,

/s/ Carson R. Griffis
CARSON R. GRIFFIS
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2447 (office)
(773) 505-5282 (cell)
Carson.Griffis@ilag.gov

**CERTIFICATE OF FILING AND SERVICE**

I hereby certify that on August 11, 2026, I electronically filed the foregoing letter with the Clerk of the Court for the United States Court of Appeals for the Seventh Circuit by using the CM/ECF system.

I further certify that the other participants in this appeal, named below, are CM/ECF users and will be served by the CM/ECF system.

William M. Jay
wjay@goodwinlaw.com

Isabel M. Marin
imarin@goodwinlaw.com

Zachary D. Huffman
huffmanz@sullcrom.com

Andrew R. Vance
avarcoe@uschamber.com

Andrianna D. Kastanek
akastanek@jenner.com

Yaira Dubin
ydubin@gibsondunn.com

Morgan L. Ratner
mratner@gibsondunn.com

Jonathan D. Urick
jurick@uschamber.com

/s/ Carson R. Griffis
CARSON R. GRIFFIS
Assistant Attorney General
115 South LaSalle Street
Chicago, Illinois 60603
(312) 814-2447 (office)
(773) 505-5282 (cell)
Carson.Griffis@ilag.gov